IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,
ADC #108778                                                                                                  PLAINTIFF

v.                                  Case No. 5:17-cv-00259-KGB/BD

VINESHIA BARNES, *et al.*                                                                             DEFENDANTS

## ORDER

Before the Court are two Partial Recommended Dispositions (the "Recommendations") of United States Magistrate Judge Beth Deere (Dkt. Nos. 5, 25). Plaintiff Don Merceleany R. Maxwell/G-Doffee ("Mr. Maxwell") has filed timely objections to the first Recommendation (Dkt. No. 6). After careful consideration of the Recommendations, Mr. Maxwell's objections to the first Recommendation, and a *de novo* review of the record, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 5, 25).

The Court therefore orders that:

1. Mr. Maxwell's claims regarding the Arkansas Department of Correction officials' interference with his incoming and outgoing mail, the denial of his right to barber services, the denial of his right to access the news, the denial of a "Christmas sack," and the alleged threats made by ADC officials are dismissed without prejudice.

2. Defendants Madden, Mitchell, Jerry Jack, D. Miller, Jerry Shines, and Polk are dismissed as party defendants.

3. Mr. Maxwell's motion to amend his complaint is denied (Dkt. No. 18).

It is so ordered this the 1st day of May, 2018.

_____
Kristine G. Baker
United States District Judge