THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DON MERCELEANY R. MAXWELL/G-DOFFEE**                                                       **PLAINTIFF**
**ADC #108778**

v.                              Case No. 5:17-cv-00259-KGB-BD

**VINESHIA BARNES,** *et al.*                                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and this Court's prior Orders (Dkt. Nos. 48, 55, 92, 113), it is considered, ordered, and adjudged that plaintiff Don Merceleany R. Maxwell/G-Doffee's complaint is dismissed consistent with this Court's Orders (Dkt. No. 2). The relief sought is denied.

It is so ordered this 30th day of March, 2021.

_____
Kristine G. Baker
United States District Judge